REGISTER *et al. v.* GUTHRIE *et al.*

GILBERT, J.   The evidence was conflicting on the material points of the case. The court did not abuse his discretion in refusing to grant the interlocutory injunction.

*Judgment affirmed. All the Justices concur.*

No. 1703.   JUNE 18, 1920.

Petition for injunction. Before Judge Dickerson. Berrien superior court. October 11, 1919.

*W. R. Smith* and *R. A. Hendricks,* for plaintiffs.

*J. D. Lovett,* for defendants.